IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  )<br>　　　　Plaintiff,  )<br>vs.  )<br>　　　　　　　　　　　　　　)<br>Anna Elva Salgado-Rodriguez,  )<br>　　　　Defendant.  )<br>_____ ) | CR-08-00011-PHX-SMM<br><br>**REPORT AND RECOMMENDATION** |

TO THE HONORABLE STEPHEN M. MCNAMEE, UNITED STATES DISTRICT JUDGE:

Defendant was indicted on January 8, 2008 on one felony count of Reentry After Deportation (Doc. #9). On January 11, 2008, the Honorable Stephen M. McNamee granted Defendant's Motion for Competency Evaluation and defendant was committed, pursuant to 18 U.S.C. §4241(d) to the custody of the Attorney General and Bureau of Prisons for hospitalization and psychiatric treatment not to exceed four months (Doc. #12). On May 20, 2008, the Honorable Stephen M. McNamee referred the matter to undersigned Magistrate Judge Burns for the purpose of holding a competency hearing and issuing findings and recommendations (Doc. # 21).

A Competency Hearing was held on May 21, 2008. Defendant was present, in custody, and was represented by Jane McClellan, Assistant Federal Public Defender. The government was represented by Josh Parecki on behalf of Karen McDonald. The parties submitted the

report of forensic evaluation, dated May 20, 2008, authored by Lisa Hope, PsyD, a forensic psychologist with the Federal Bureau of Prisons for this Court's consideration on the issue of the defendant's competency to stand trial. The parties offered no additional evidence or argument. The opinion announced by Ms. Hope at the end of this eighteen page report is as follows:

> Based upon the information available, there was no objective information or evidence to indicate that Ms. Salgado-Rodriguez suffers from signs or symptoms of a major mental disorder, such as an affective disorder (e.g., Bipolar Disorder), psychotic disorder (e.g. Schizophrenia), or an organic disorder, that would impair her present ability to understand the nature and consequences of the court proceedings against her, or her ability to properly assist counsel in her defense.

The court adopts the findings of and opinion set forth in Ms. Hope's report.

**IT IS THEREFORE RECOMMENDED** that an Order be entered finding defendant competent to stand trial.

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment. The parties shall have ten days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. See 28 U.S.C. § 636(b)(1). Thereafter, the parties have ten days within which to file a response to the objections. Failure to timely file objections to the Magistrate Judge's Report and Recommendation may result in the acceptance of the Report and Recommendation by the district court without further review. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003).

Failure to timely file objections to any factual determinations of the Magistrate Judge will be considered a waiver of a party's right to appellate review of the findings of fact in an order of judgment entered pursuant to the Magistrate Judge's recommendation.

DATED this 21st day of May, 2008.

_Michelle H. Burns_
Michelle H. Burns
United States Magistrate Judge

- 2 -